MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund</u>

RECEIVED
11 AUG -4 AM 9: 34
US BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:    Patricia Ann Laurin
Chapter 7 Case No.  <u>10-44481</u>

Please Check One:
__  Unclaimed Dividends

<u>X</u> Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | 6 | $65.00 | $1.64 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: <u>August 3, 2011</u>

__/e/ Brian F. Leonard_____
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179